**C.O. LAW, APC**
Clark Ovruchesky, Esq. (SBN: 301844)
co@colawcalifornia.com
3148 Midway Dr., Suite 203
San Diego, CA 92110
Telephone: (619) 356-8960
Facsimile: (619) 330-7610

*Attorneys for Plaintiff*,
Ericka Sexton

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICKA SEXTON,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A., ET AL.,<br><br>Defendants. | Case No.: 18-cv-01808-KJM-KJN<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE DISPOSITIONAL DOCUMENTS AS TO DEFENDANT EQUIFAX INFORMATION SERVICES LLC** |

Plaintiff Ericka Sexton (hereinafter "Plaintiff") filed a Notice of Settlement as to Defendant Equifax Information Services LLC (hereinafter "Equifax") (jointly hereinafter referred to as "the Parties") on October 18, 2018. *See* ECF No. 27. Pursuant to the representations of Plaintiff, the court set a deadline to file dispositional documents as to Equifax of no later than December 18, 2018. *See* ECF No. 28.

Plaintiff and Equifax are still working on executing the terms of their settlement agreement and hereby stipulate to respectfully request the court to extend the deadline to file dispositional documents approximately forty-five (45) days. This is the Parties' first request for an extension for this deadline.

Dated: December 14, 2018      Respectfully submitted,

**C.O. LAW, APC**

By: /s/ Clark Ovruchesky
    Clark Ovruchesky
    ATTORNEYS FOR PLAINTIFF

**NOKES & QUINN**

By: /s/ Thomas P. Quinn, Jr.
    Thomas P. Quinn, Jr.
    ATTORNEYS FOR DEFENDANT
    EQUIFAX INFORMATION SERVICES LLC

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to all defense counsels listed above, and that I have obtained their authorizations to affix their electronic signatures to this document.

Dated: December 14, 2018      **C.O. LAW, APC**

By:   /s/ Clark Ovruchesky
    Clark Ovruchesky
    ATTORNEYS FOR PLAINTIFF

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that the court's current deadline for Plaintiff Elizabeth Murphy ("Plaintiff") and Defendant Equifax Information Services LLC ("Equifax") to file dispositional documents as to Equifax is extended from December 18, 2018 to February 1, 2019.

Date: Nunc pro tunc 12/18/18.

_____
UNITED STATES DISTRICT JUDGE