UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Erika Sexton, | No. 2:18-cv-01808-KJM-KJN |
| Plaintiff, | ORDER |
| v. | |
| Wells Fargo Bank, N.A., et al., | |
| Defendants. | |

FDS Bank and Trans Union, LLC are the only remaining defendants in this action and have not appeared.  Plaintiff is ordered to show cause within fourteen days why the claims against these defendants should not be dismissed for failure to prosecute and the case closed.

IT IS SO ORDERED.

DATED: April 12, 2021.

CHIEF UNITED STATES DISTRICT JUDGE